# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO DANIEL-CHAVEZ,<br><br>Defendant | Case No.: 19CR3353-GPC<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS**<br><br>The Honorable Gonzalo P. Curiel |

Upon motion by the United States and for good cause shown,

IT IS ORDERED that this case be dismissed without prejudice.

SO ORDERED.

Dated: October 24, 2019

Hon. Gonzalo P. Curiel
United States District Judge